

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of R.C., J.C., and
E.C., children,

No. 11-22-00239-CV

* From the 35th District Court
    of Brown County,
    Trial Court No. CV2105176.

* January 12, 2023

* Per Curiam Memorandum Opinion
    (Panel consists of: Bailey, C.J.,
    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.